# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUAMATALA MOLI,<br><br>            Plaintiff,<br><br>   v.<br><br>KING COUNTY, *et al.*,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:23-cv-00823-RSL |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' Motion to Dismiss is GRANTED. Judgment is entered in favor of Defendants King County and King County Metro Transit, against Plaintiff Fuamatala Moli.

DATED this 29th day of April, 2024.

                        RAVI SUBRAMANIAN,
                        Clerk of the Court

                        By:   */s/ Victoria Ericksen*
                                  Deputy Clerk